November 17, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

JASMINE MARIE TORRES, Appellant

NO. 14-11-0511-CR                    V.
NO. 14-11-0512-CR

THE STATE OF TEXAS, Appellee
_____

These causes were heard on the records of the court below. Having considered the records, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED,** and that this decision be certified below for observance.